| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **ORCUTT RANCHO, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5514079 |
| 4. | **Debtor's address** | **Principal place of business** **124 W. Main Street, Suite G** **Santa Maria, CA 93458** Number, Street, City, State & ZIP Code  **Santa Barbara** County | **Mailing address, if different from principal place of business** **209 W. Almar Ave., Suite #A** **Santa Barbara, CA 93105-3701** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **County of Santa Barbara, California** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **ORCUTT RANCHO, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **ORCUTT RANCHO, LLC**_____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No <br> ☐ Yes. | |

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **ORCUTT RANCHO, LLC**_____    Case number (*if known*)_____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **ORCUTT RANCHO, LLC**                                                                    Case number (*if known*) _____
       Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/20/2021
                MM / DD / YYYY

X _/s/ Gary Greenberg_____     **Gary Greenberg**
   Signature of authorized representative of debtor        Printed name

Title   **Apollo Development, LLC, its Managing Member**

**18. Signature of attorney**

X   _/s/ Brett A. Axelrod_                        Date   04/20/2021
   Signature of attorney for debtor                                                             MM / DD / YYYY

**Brett A. Axelrod 168657**
Printed name

**Fox Rothschild LLP**
Firm name

**10250 Constellation Blvd., Suite 900**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 598-4150**     Email address   **baxelrod@foxrothschild.com**

**168657 CA**
Bar number and State

# ORCUTT RANCHO, LLC

### ACTION BY WRITTEN CONSENT OF MAJORITY MEMBER

ORCUTT RANCHO, LLC, a Colorado limited liability company (the "Company"), by action of its majority member Apollo Development, LLC, hereby adopts the following:

WHEREAS the Company's members have considered the financial and operation aspects of the Company's business and the recommendations of the Company's professionals and advisors;

WHEREAS the Company's members have reviewed the historical performance of the Company and its projects, and the current long-term liabilities of the Company;

WHEREAS the Company's members have reviewed, considered, and received the recommendations of the Company's professionals and advisors as to the terms of a proposed restructuring to be implemented through the course of a chapter 11 bankruptcy case;

WHEREAS the Company's Operating Agreement permits the members holding at least 51% of the Company's membership interests to authorize, among other things, the filing of a bankruptcy petition, entering into a financing agreement, or entering into material agreements with the Company; and

WHEREAS as of the date hereof, Apollo Development, LLC holds 75% of the membership interests in the Company.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of its majority member, Apollo Development, LLC, it is desirable and in the best interests of the Company, that the Company commence a chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Manager of the Company or any other duly authorized officer or officers (collectively, the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the Central District of California, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization or liquidation under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the

Central District of California at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 11 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers of the Company to file the voluntary petition for relief under chapter 11 of

the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 17th day of April, 2021.

**ORCUTT RANCHO, LLC,**
**a Colorado limited liability company**

By: APOLLO DEVELOPMENT LLC,
    a Colorado limited liability company

*/s/ Gary Greenberg*

By: _____
    Name: Gary Greenberg
    Its: Managing Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **ORCUTT RANCHO, LLC** | |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | ☐ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/20/2021    x /s/ Gary Greenberg
Signature of individual signing on behalf of debtor

**Gary Greenberg**
Printed name

**Apollo Development, LLC, its Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **ORCUTT RANCHO, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bethel Engineering** Russ Garrison 2624 Airpark Drive Santa Maria, CA 93455 | Russ Garrison russ@dbaengineers.com 805-934-5767 | Civil Engineering | | | | $50,462.50 |
| **Capital Pacific Development Group** Attn: Gavin Moores 209 W. Alamar Ave., Ste. A Santa Barbara, CA 93105 | Michael O'Flynn michaelo@cpdginc.com 805-692-4704 | Accounting/Admin and Project Management Services | | | | $312,000.00 |
| **County of Santa Barbara** 105 E. Anapamu St., Room 109 Santa Barbara, CA 93101 | 805-568-2920 | Property Taxes | | | | $88,352.19 |
| **County of Santa Barbara Planning and Development** Attn: David Lazaer 123 East Anapamu Santa Barbara, CA 93101 | David Lazaer dalazaer@co.santa-barbara.ca.us 805-568-2000 | Map Processing | | | | $44,819.53 |
| **Dale Martin** 181 Seminole Lane Lake Havasu City, AZ 86404 | kalikalikalima@yahoo.com 949-637-3095 | Designer | | | | $1,650.00 |
| **David F. Stone Planning** 27 West Constance Ave. Santa Barbara, CA 93105 | David Stone stonearcheo@yahoo.com 805-622-6768 | Professional Services | | | | $4,716.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **ORCUTT RANCHO, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dudek**<br>Attn: John Davis<br>605 Third Street<br>Encinitas, CA 92024 | **John Davis**<br><br>jdavis@dudek.com<br>805-308-8524 | **Biological Studies** | | | | $215.00 |
| **Forma Company**<br>3050 Pullman St.<br>Costa Mesa, CA 92626 | **Van Stephens**<br><br>vstephens@formacompanies.com<br>714-673-6200 | **Land Planning Consultant** | | | | $44,596.28 |
| **Hamner Jewell & Associates**<br>Attn: Lillian Jewell<br>530 Paulding Circle, Ste. A<br>Santa Barbara, CA 93120 | **Lillian Jewell**<br><br>ljewell@hamner-jewell.com<br>805-773-1459 | **Consultant** | **Disputed** | | | $3,305.29 |
| **Hollister & Brace P.C.**<br>Attn: Peter Candy<br>1126 Santa Barbara St.<br>Santa Barbara, CA 93101 | **Peter Candy**<br><br>pcandy@hbsb.com<br>805-963-6711 ext. 218 | **Legal Fees** | | | | $79,311.60 |
| **Kear Groundwater**<br>Attn: Jordan Kear<br>P.O. Box 2601<br>Santa Barbara, CA 93120 | **Jordan Kear**<br><br>accounts@keargroundwater.com<br>805-512-1516 | **Groundwater Consulting** | | | | $5,080.00 |
| **PleinAire Design Group**<br>Attn: Kevin Small<br>3203 Lightning St., Suite 201<br>Santa Maria, CA 93455 | **Kevin Small**<br><br>kjsmall@pleinairedg.com<br>805-349-9695 | **Landscape Architect** | | | | $4,526.25 |
| **Rancho Maria Golf Club**<br>1950 Highway 1<br>Santa Maria, CA 93455 | **Artin N. Shaverdian, Nossaman LLP**<br><br>ashaverdian@nossaman.com<br>213-612-7800 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Stantec**<br>Attn: Dennis Lammers<br>13980 Collections Center Dr.<br>Chicago, IL 60693 | **Dennis Lammers**<br><br>Dennis.Lammers@stantec.com<br>805-308-9165 | **Traffic** | | | | $2,409.00 |

Debtor **ORCUTT RANCHO, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TW Land Planning & Development, LLC Attn:  Troy White 195 S. Broadway Street, Suite 209 Santa Maria, CA 93455** | **Troy White**<br><br>**twhite@twlandplan.com**<br>**805-698-7153** | **Land Planning** | | | | **$34,467.70** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Brett A. Axelrod 168657**<br>**1980 Festival Plaza Drive, Suite 700**<br>**Las Vegas, NV 89135**<br>**(702) 262-6899 Fax: (702) 597-5503**<br>California State Bar Number: **168657 CA**<br>**baxelrod@foxrothschild.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>  **ORCUTT RANCHO, LLC**<br>                                      Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Brett A. Axelrod 168657**                            , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                           F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2. a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 04/20/2021 | By: /s/Brett A. Axelrod |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Brett A. Axelrod 168657** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          F 1007-4.CORP.OWNERSHIP.STMT

# Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Apollo Development, LLC**
**Attn: Gary Greenberg**
**1420 S. Filbert Way**
**Denver, CO 80222**

**The HMW Group, Ltd., LLC**
**Attn: Anthony E. Wells**
**124 West Main Street, Suite G**
**Santa Maria, CA 93458**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          F 1007-4.CORP.OWNERSHIP.STMT

ORCUTT RANCHO, LLC
124 W. Mainstreet, Suite G
Santa Maria, CA 93458


Brett A. Axelrod
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135


Anthony Wells
124 West Main St., Suite G
Santa Maria, CA 93458


Apollo Development, LLC
Attn: Gary Greenberg
1420 S. Filbert Way
Denver, CO 80222


Artin N. Shaverdian
Nossaman LLP
777 South Figueroa, 34th Floor
Los Angeles, CA 90017


Bethel Engineering
Russ Garrison
2624 Airpark Drive
Santa Maria, CA 93455


Capital Pacific Development Group
Attn: Gavin Moores
209 W. Alamar Ave., Ste. A
Santa Barbara, CA 93105


County of Santa Barbara
105 E. Anapamu St., Room 109
Santa Barbara, CA 93101

County of Santa Barbara
Planning and Development
Attn: David Lazaer
123 East Anapamu
Santa Barbara, CA 93101


Dale Martin
181 Seminole Lane
Lake Havasu City, AZ 86404


David F. Stone Planning
27 West Constance Ave.
Santa Barbara, CA 93105


David Graeler
Nossaman LLP
777 South Figueroa, 34th Floor
Los Angeles, CA 90017


Dixie Wells
124 West Main St., Suite G
Santa Maria, CA 93458


Dudek
Attn: John Davis
605 Third Street
Encinitas, CA 92024


Forma Company
3050 Pullman St.
Costa Mesa, CA 92626


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

```
Hamner Jewell & Associates
Attn: Lillian Jewell
530 Paulding Circle, Ste. A
Santa Barbara, CA 93120


Hollister & Brace P.C.
Attn: Peter Candy
1126 Santa Barbara St.
Santa Barbara, CA 93101


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jill N. Jaffee
Nossaman LLP
777 South Figueroa, 34th Floor
Los Angeles, CA 90017


Kear Groundwater
Attn: Jordan Kear
P.O. Box 2601
Santa Barbara, CA 93120


PleinAire Design Group
Attn:  Kevin Small
3203 Lightning St., Suite 201
Santa Maria, CA 93455


Rancho Maria Golf Club
1950 Highway 1
Santa Maria, CA 93455


Romspen Mortgage Ltd. Partnership
Attn: Wesley Roitman
162 Cumberland Street, Suite 300
Toronto ON M5R 3N5 Canada
```

```
Romspen Mortgage Ltd. Partnership
c/o Trevor A. Jenkins
Bryan Cave Leighton Paisner LLP
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122


Romspen Mortgage Ltd. Partnership
c/o Lorna Miller
Bryan Cave Leighton Paisner LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414


Stantec
Attn: Dennis Lammers
13980 Collections Center Dr.
Chicago, IL 60693


State Board of Equalization
Account Info. Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


State of California Employment Dev.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


TW Land Planning & Development, LLC
Attn:  Troy White
195 S. Broadway Street, Suite 209
Santa Maria, CA 93455


United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701
```