---

**Fill in this information to identify the case:**

Debtor name  Orcutt Rancho, LLC

United States Bankruptcy Court for the: Central _____ District of California
                                                              (State)

Case number (If known):  9:21-bk-10412-MB

---

❑ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...................................................................................

| |
|---|
| $ UNKNOWN |

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...................................................................................

| |
|---|
| $ UNKNOWN |

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...................................................................................

| |
|---|
| $UNKNOWN |

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

| |
|---|
| $  10,531,892.41 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................................

| |
|---|
| $  78,987.32 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

| |
|---|
| + $  1,292,629.17 |

4. **Total liabilities**................................................................................................................................
    Lines 2 + 3a + 3b

| |
|---|
| $  11,903,508.90 |

---

**Fill in this information to identify the case:**

Debtor name ___Orcutt Rancho, LLC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): ___9:21-bk-10412-MB___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, N.A | Checking | 9 7 7 0 | $ 1,387.72 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ 0.00 |
| 4.2. | | $ |

5. **Total of Part 1** $ 1,387.72

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ 0.00 |
| 7.2. | | $ |

Debtor    Orcutt Rancho, LLC

Name

Case number (if known)    9:21-bk-10412-MB

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurance - Covington Specialty Insurance Company          $          964.86

8.2. _____          $

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $          964.86

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|
| **11. Accounts receivable** | | |
| 11a. 90 days old or less: _____ – _____  = ........➔ | face amount — doubtful or uncollectible accounts | $          0.00 |
| 11b. Over 90 days old: _____ – _____  = ........➔ | face amount — doubtful or uncollectible accounts | $          0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $          0.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $          0.00 |
| 14.2. _____ | _____ | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1. _____ | _____% | $          0.00 |
| 15.2. _____ | _____% | $ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $          0.00 |
| 16.2. _____ | _____ | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $          0.00

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| **20. Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| **21. Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| **22. Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ 0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ 0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ 0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ 0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ 0.00 |

Debtor ___Orcutt Rancho, LLC_____   Case number (if known)_9:21-bk-10412-MB___
         Name

**33. Total of Part 6.**
$\quad$ Add lines 28 through 32. Copy the total to line 85.

$\qquad$ $ _____0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

$\quad$ ☐ No

$\quad$ ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____0.00 |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____0.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**
$\quad$ Add lines 39 through 42. Copy the total to line 86.

$\qquad$ $ _____0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Orcutt Rancho, LLC
         Name

Case number *(if known)* 9:21-bk-10412-MB

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ 0.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ 0.00 |
|---|---|---|---|
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ 0.00 |
|---|---|---|---|
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ 0.00 |
|---|---|---|---|

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    Orcutt Rancho, LLC
_____    Case number (if known) 9:21-bk-10412-MB
Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  113-250-(015, 016,017) | 100% | $ 11,281,620 | Appraisals | $UNKNOWN* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $UNKNOWN |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ 0.00 |
| **61. Internet domain names and websites** | $ | | $ 0.00 |
| **62. Licenses, franchises, and royalties** | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ 0.00 |
| **64. Other intangibles, or intellectual property** | $ | | $ 0.00 |
| **65. Goodwill** | $ | | $ 0.00 |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $ 0.00 |

* The value of the Property was subject to dispute postpetition. The Debtor obtained an appraisal [Docket No. 45] indicating an "as-is" value of $11.5 million and an "as-entitled" value of $20,652,521 as of May 3, 2021 and the Debtor's prepetition secured creditor, Romspen Mortgage Limited Partnership, obtained an appraisal [Docket No. 63] indicating an "as-is" value of $5.5 million and an "as-entitled" value of $13.5 million as of April 29, 2021.

Debtor    Orcutt Rancho, LLC          Case number *(if known)*   9:21-bk-10412-MB
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____  = → $_____ 0.00
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____ 0.00
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____ 0.00

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____ 0.00

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____  $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____ 0.00
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

Debtor    Orcutt Rancho, LLC
Name

Case number (if known)    9:21-bk-10412-MB

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,387.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 964.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $UNKNOWN |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,352.58 | + 91b. $UNKNOWN |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $UNKNOWN

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Orcutt Rancho, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Central District of California<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>9:21-bk-10412-MB</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
Romspen Mortgage LP

**Creditor's mailing address**
162 Cumberland St #300, Toronto, ON M5R 3N5, Canada

**Creditor's email address, if known**

**Date debt was incurred** 11/2016
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
     Apollo Devlopment LLC

**Describe debtor's property that is subject to a lien**
APNs 113-250-015, 113-250-016, 113-250-017

**Describe the lien**
First Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ 8,462,790.35
Column B: $UNKNOWN*

* The value of the Property was subject to dispute postpetition. The Debtor obtained an appraisal [Docket No. 45] indicating an "as-is" value of $11.5 million and an "as-entitled" value of $20,652,521 as of May 3, 2021 and the Debtor's prepetition secured creditor, Romspen Mortgage Limited Partnership, obtained an appraisal [Docket No. 63] indicating an "as-is" value of $5.5 million and an "as-entitled" value of $13.5 million as of April 29, 2021.

**2.2** **Creditor's name**
Apollo Development LLC

**Creditor's mailing address**
1420 S FILBERT WAY
Denver, CO, 80222

**Creditor's email address, if known**
ggreen2358@gmail

**Date debt was incurred** 10/2015
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
APNs 113-250-015, 113-250-016, 113-250-017

**Describe the lien**
Second Lien

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ 2,069,102.06
Column B: $UNKNOWN*

* The value of the Property was subject to dispute postpetition. The Debtor obtained an appraisal [Docket No. 45] indicating an "as-is" value of $11.5 million and an "as-entitled" value of $20,652,521 as of May 3, 2021 and the Debtor's prepetition secured creditor, Romspen Mortgage Limited Partnership, obtained an appraisal [Docket No. 63] indicating an "as-is" value of $5.5 million and an "as-entitled" value of $13.5 million as of April 29, 2021.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $10,531,892.41

Debtor _____Orcutt Rancho, LLC_____    Case number *(if known)*___9:21-bk-10412-MB_____
          Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

_____    ☐ No
                                     ☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

**Last 4 digits of account number** _ _ _ _

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2._** Creditor's name

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

_____    ☐ No
                                     ☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

**Last 4 digits of account number** _ _ _ _

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Orcutt Rancho, LLC
_____
            Name

Case number (if known)  9:21-bk-10412-MB

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Orcutt Rancho, LLC |
| United States Bankruptcy Court for the: | Central District of California |
| | (State) |
| Case number (If known) | 9:21-bk-10412-MB |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>PO Box 942857 Sacramento, CA 94257-0531 | **As of the petition filing date, the claim is:** $ 1,600.00<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ 1,600.00 |
| | **Date or dates debt was incurred**<br>1/2020 | **Basis for the claim:**<br>Tax | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Harry E Hagen Santa Barbara Tax<br>P.O. Box 579<br>Santa Barbara, CA 93102 | **As of the petition filing date, the claim is:** $ 77,387.32<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ 77,387.32 |
| | **Date or dates debt was incurred**<br>11/2019 | **Basis for the claim:**<br>Taxes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

Debtor _____    Case number (if known) _9:21-bk-10412-MB_
         Orcutt Rancho, LLC
         Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.__**  Priority creditor's name and mailing address                                          $_____    $_____

_____

_____    **As of the petition filing date, the claim is:**
                                     *Check all that apply.*
_____    ❑ Contingent
                                     ❑ Unliquidated
                                     ❑ Disputed

**Date or dates debt was incurred**

_____    **Basis for the claim:**
                                     _____

**Last 4 digits of account
number** __ __ __ __            **Is the claim subject to offset?**
                                     ❑ No
**Specify Code subsection of PRIORITY unsecured**   ❑ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address                                          $_____    $_____

_____

_____    **As of the petition filing date, the claim is:**
                                     *Check all that apply.*
_____    ❑ Contingent
                                     ❑ Unliquidated
                                     ❑ Disputed

**Date or dates debt was incurred**

_____    **Basis for the claim:**
                                     _____

**Last 4 digits of account
number** __ __ __ __            **Is the claim subject to offset?**
                                     ❑ No
**Specify Code subsection of PRIORITY unsecured**   ❑ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address                                          $_____    $_____

_____

_____    **As of the petition filing date, the claim is:**
                                     *Check all that apply.*
_____    ❑ Contingent
                                     ❑ Unliquidated
                                     ❑ Disputed

**Date or dates debt was incurred**

_____    **Basis for the claim:**
                                     _____

**Last 4 digits of account
number** __ __ __ __            **Is the claim subject to offset?**
                                     ❑ No
**Specify Code subsection of PRIORITY unsecured**   ❑ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address                                          $_____    $_____

_____

_____    **As of the petition filing date, the claim is:**
                                     *Check all that apply.*
_____    ❑ Contingent
                                     ❑ Unliquidated
                                     ❑ Disputed

**Date or dates debt was incurred**

_____    **Basis for the claim:**
                                     _____

**Last 4 digits of account
number** __ __ __ __            **Is the claim subject to offset?**
                                     ❑ No
**Specify Code subsection of PRIORITY unsecured**   ❑ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____ Orcutt Rancho, LLC _____    Case number _(if known)_ 9:21-bk-10412-MB
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                  **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Bethel Engineering, Inc.
2624 Airpark Drive Santa Maria, CA 93455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 51,652.50

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Capital Pacific Development Group
209 W Alamar Ave suite A
Santa Barbara, CA 93105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Settlement Agreemnt

$ 312,000.00

Date or dates debt was incurred  8/2020
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

**3.3** Nonpriority creditor's name and mailing address
Dale J Martin
181 Seminole Lane Lake Havasu City, AZ 86404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 250.00

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
AMEC FOSTER WHEELER ENVIRONMENT
& INFRASTRUCTURE, INC.
104 W. Anapamu Street, Suite 204A, Santa Barbara, CA 93101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 4,716.00

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Dudek
605 Third Street Encinitas, CA 92024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 215.00

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Forma Company
3050 Pullman Street Costa Mesa, 92626

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Vendor

$ 44,596.28

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Orcutt Rancho, LLC
          Name                                                    Case number (if known)    9:21-bk-10412-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

PleinAire Design Group

3203 Lightning St Suite 201

Santa Maria, CA 93455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

$ 4,526.25

Date or dates debt was incurred    12/2020
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

County of Santa Barbara P&D

123 East Anapamu Street
Santa Barbara, CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 44,819.53

Date or dates debt was incurred    12/2020
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Stantec Consulting Services

111 East Victoria Street

Santa Barbara, CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 2,939.81

Date or dates debt was incurred    6/2020
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

TW Land Planning & Development, LLC

1068 E Main St. Suite 225

Ventura, CA  93001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 79,311.60

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Kear Groundwater

928 Carpinteria St STE 5

Santa Barbara, CA 93103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 5,080.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Orcutt Rancho, LLC
_____
        Name

Case number (if known) 9:21-bk-10412-MB
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 79,311.60 |
|---|---|---|---|

Hollister & Brace

1126 Santa Barbara St. Santa Barbara, CA 93101

☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    5/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,305.29 |
|---|---|---|---|

Hamner Jewell & Associates

530 Paulding Circle, Suite A

Arroyo Grande, CA 93420

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    9/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 704,749.21 |
|---|---|---|---|

Apollo Development, LLC

1420 S. Filbert Way

Denver, CO 80222

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Insider

Date or dates debt was incurred    8/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Orcutt Rancho, LLC _____    Case number (if known)    9:21-bk-10412-MB
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   Orcutt Rancho, LLC
        Name

Case number (if known)   9:21-bk-10412-MB

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor __Orcutt Rancho, LLC_____    Case number (if known)__9:21-bk-10412-MB____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 783.736.53 |
| 5b. **Total claims from Part 2** | 5b. + | $ 587,879.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,371,616.49 |

**Fill in this information to identify the case:**

Debtor name ___Orcutt Rancho, LLC___

United States Bankruptcy Court for the: ___Central___    District of ___California___
(State)

Case number (If known): ___9:21-bk-10412-MB___    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

| Debtor | Orcutt Rancho, LLC | Case number (*if known*) | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Orcutt Rancho, LLC

United States Bankruptcy Court for the:   Central     District of   California
                                                              (State)

Case number (If known):   9:21-bk-10412-MB

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors
                                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Anthony | and Dixie Wells <br> Street <br> 124 W Main St. <br> Santa Maria, CA 93458 <br> City    State    ZIP Code | Romspen Mortgage | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Anthony | and Dixie Wells <br> Street <br> 124 W Main St. <br> Santa Maria, CA 93458 <br> City    State    ZIP Code | Apollo Development | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    Orcutt Rancho, LLC                                  Case number *(if known)* 9:21-bk-10412-MB
                Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case and this filing:

Debtor Name  Orcutt Rancho, LLC

United States Bankruptcy Court for the:  Central          District of  CA
                                                           (State)

Case number (if known):  9:21-bk-10412-MB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/01/2021          ✗ _(signature)_____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                 Gary Greenberg (Apollo Development, LLC)
                                 Printed name

                                 Co-Managing Member
                                 Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name _Orcutt Rancho, LLC_

United States Bankruptcy Court for the: _Central_    District of _CA_
(State)

Case number (If known): _9:21-bk-10412-MB_

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ 0.00 |
   | **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ 0.00 |
   | **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ 0.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ 0.00 |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ 0.00 |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ 0.00 |

| Debtor | Orcutt Rancho, LLC | Case number *(if known)* 9:21-bk-10412-MB |
|---|---|---|
| | Name | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Attached | | $ 25,086.00 | ❑ Secured debt  ❑ Unsecured loan repayments  ❑ Suppliers or vendors  ❑ Services  ❑ Other |
| 3.2. | | | $ | ❑ Secured debt  ❑ Unsecured loan repayments  ❑ Suppliers or vendors  ❑ Services  ❑ Other |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Attached | | $ 56,311.33 | |
| | Relationship to debtor | | | |
| 4.2. | | | $ | |
| | Relationship to debtor | | | |

| Debtor | Orcutt Rancho, LLC | Case number (if known) 9:21-bk-10412-MB |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City            State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Adverse Possession | Open | Superior Court of California County | ☑ Pending |
| | | | Name County of Santa Barbara, Darrel P | ☐ On appeal |
| | Case number | | Street 1100 Anacapa St | ☐ Concluded |
| | 19CV04167 | | Santa Barbara, CA 93101 | |
| | | | City            State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Street | |
| | | | City            State        ZIP Code | |

Debtor    Orcutt Rancho, LLC
_____    Case number (if known) _9:21-bk-10412-MB_____
            Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City          State          ZIP Code | Case number | Street |
| | _____ | City          State          ZIP Code |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

| Debtor | Orcutt Rancho, LLC | Case number (if known) | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fox Rothschild | | 4/152021 | $ 10,000.00 |
| | **Address** | | | |
| | Street<br>1980 Festival Plaza Dr.<br>Las Vegas, NV 89135<br>City          State      ZIP Code | | | |
| | **Email or website address**<br>www.foxrothschild.com | | | |
| | **Who made the payment, if not debtor?**<br>Apollo Development, LLC | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | JDI Loans LLC | | 4/15/2021 | $ 10,000.00 |
| | **Address** | | | |
| | Street<br>853 N Elston Ave.<br>Chicago, IL 60642<br>City          State      ZIP Code | | | |
| | **Email or website address**<br>www.jdirealty.com | | | |
| | **Who made the payment, if not debtor?**<br>Apollo Development, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

| Debtor | Orcutt Rancho, LLC | Case number (if known) | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Attachment | _____ | _____ | $721,739.09 |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |

| Debtor | Orcutt Rancho, LLC | Case number (if known) 9:21-bk-10412-MB |
|---|---|---|
| | Name | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City     State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City     State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Orcutt Rancho, LLC                                           Case number (if known)    9:21-bk-10412-MB
         _____                                        _____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | m_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Orcutt Rancho, LLC | Case number (if known) | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Debtor | Orcutt Rancho, LLC | Case number *(if known)* | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

---

| Debtor | Orcutt Rancho, LLC | Case number (if known) | 9:21-bk-10412-MB |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Capital Pacific Development Group<br>Name<br><br>Street<br>209 W Alamar Ave suite a<br>Santa Barbara, CA 93105<br>City          State          ZIP Code | From 4/20/2019 To 4/202021 |
| **Name and address** | **Dates of service** |
| **26a.2.** Robert M. Riggs<br>Name<br><br>Street<br>800 Garden St., Suite E<br>Santa Barbara, CA 93101<br>City          State          ZIP Code | From 4/20/2019 To 4/20/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Capital Pacific Development Group<br>Name<br><br>Street<br>209 W Alamar Ave suite a<br>Santa Barbara, CA 93105<br>City          State          ZIP Code | From 4/21/2019 To 4/20/2021 |
| **Name and address** | **Dates of service** |
| **26b.2.** Robert M. Riggs<br>Name<br><br>Street<br>800 Garden St., Suite E<br>Santa Barbara, CA 93101<br>City          State          ZIP Code | From 4/21/2019 To 4/20/2021 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Capital Pacific Development Group<br>Name<br><br>Street<br>209 W Alamar Ave suite a<br>Santa Barbara, CA 93105<br>City          State          ZIP Code | <br><br> |

| Debtor | Orcutt Rancho, LLC | Case number *(if known)* 9:21-bk-10412-MB |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
Name
Street
City                     State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Beachrock Capital
Name

Street
2304 Vanderbilt Lane, Suite 3
Redondo Beach, CA 90278
City                     State          ZIP Code

| Name and address |
|---|

26d.2.
Name
Street
City                     State          ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
Name
Street
City                     State          ZIP Code

Debtor    Orcutt Rancho, LLC _____    Case number *(if known)* 9:21-bk-10412-MB _____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City                                State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Apollo Development, LL | 1420 S Filbert Way, Denver, CO80222 | Managing Member | 74.5 |
| The HMW Group | 124 W. Main, Santa Maria, CA 93458 | Managing Member | 25.5 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| CPDG | 209 W Alamar Ave suite a, 93105 | Managing member | From 10/2015 To 8/2020 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Attached | 129,855.72 | _____ | _____ |
| Name | | | |
| _____ Street | | _____ | |
| _____ City            State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor      Orcutt Rancho, LLC _____      Case number (if known) 9:21-bk-10412-MB _____
            Name

| Name and address of recipient | | | | | |
|---|---|---|---|---|---|
| 30.2 | Name | | | | |
| | Street | | | | |
| | City | State | ZIP Code | | |
| Relationship to debtor | | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/01/2021
              MM / DD / YYYY

✗ _~~signature~~_____      Printed name  Gary Greenberg
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

*SOFA Part 2 #3 (Certain payments or transfers to creditors within 90 days before filing this case)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Address | Relation |
|---|---|---|---|---|---|
| 04/15/2021 | Wells Fargo | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 04/15/2021 | Wells Fargo | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 03/31/2021 | Wells Fargo | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 03/11/2021 | Wolf Rifkin Shapiro Schulman& Rabkin LLP | Suppliers or vendors | 20,000.00 | Wolf Rifkin Shapiro Schulman& Rabkin LLP 11400 W Olympic Blvd, Los Angeles, CA 90064 | Vendor |
| 02/28/2021 | Wells Fargo | Suppliers or vendors | 31.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 02/16/2021 | Law Office of KM Neiswender | Suppliers or vendors | 4,965.00 | Law Office of KM Neiswender Kate Neiswender PO Box 1225 Blue Jay, California 92317 | Vendor |
| | | | **25,086.00** | | |

*SOFA Part 2 #4 (Payments or other transfers of property made within 1 year before filing this case that benefited any insider)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Address | Relation | Reason |
|---|---|---|---|---|---|---|
| 12/14/2020 | 4708 - Dixie Wells | Other | 194.40 | 4708 - Dixie Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 12/14/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 11/25/2020 | Note 629k fund #5 adj | Other | 5,000.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider | A/P Check |
| 11/17/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 10/16/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 09/15/2020 | 4446 - Anthony Wells | Other | 116.93 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 09/15/2020 | 4288 - Capital Pacific Development Group, In | Other | 8,500.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider | A/P Check |
| 09/11/2020 | Loan consultant #2 | Other | 3,750.00 | Lotus Investments 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider | A/P Check |
| 09/10/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 08/21/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |
| 08/20/2020 | Consultant Loan | Other | 11,750.00 | Lotus Investments 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider | A/P Check |
| 05/20/2020 | 4384 - The HMW Group, LTD, LLC | Other | 2,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider | A/P Check |

56,311.33

*SOFA Part 6 #13 (Transfers not already listed on this statement)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Relation | Address |
|---|---|---|---|---|---|
| 01/13/2021 | SB County P&D | Suppliers or vendors | 10,000.00 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 01/11/2021 | CRS West Inc | Suppliers or vendors | 5.44 | Vendor | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 |
| 01/11/2021 | Dale J Martin | Suppliers or vendors | 1,400.00 | Vendor | Dale J Martin 181 Seminole Lane Lake Havasu City, AZ 86404 |
| 01/11/2021 | OnTrac | Suppliers or vendors | 35.58 | Vendor | OnTrac PO Box 841664 Los Angeles, CA 90084–1664 |
| 12/22/2020 | 4402 - Amelerin Inc | Suppliers or vendors | 1,078.75 | Vendor | Amelerin Inc 3203 Lightning St., Suite 201 Santa Maria, CA 93455-1805 |
| 12/22/2020 | 4141 - Bethel Engineering, Inc. | Suppliers or vendors | 10,177.50 | Vendor | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 |
| 12/22/2020 | 4332 - CRS West Inc | Suppliers or vendors | 88.74 | Vendor | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 |
| 12/22/2020 | 4422 - Dale J Martin | Suppliers or vendors | 1,025.00 | Vendor | Dale J Martin 181 Seminole Lane Lake Havasu City, AZ 86404 |
| 12/22/2020 | 4183 - Fargen Surveys | Suppliers or vendors | 2,250.00 | Vendor | Fargen Surveys 2624 Airpark Drive, Suite 210 Santa Maria, CA 93455 |
| 12/22/2020 | 4757 - Frances Romero | Suppliers or vendors | 1,170.00 | Vendor | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 |
| 12/22/2020 | 4380 - Hollister & Brace | Suppliers or vendors | 6,575.25 | Vendor | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 |
| 12/22/2020 | 4610 - Kear Groundwater | Suppliers or vendors | 4,930.00 | Vendor | Kear Groundwater 928 Carpinteria St STE 5, Santa Barbara, CA 93103 |
| 12/22/2020 | Newfront Insurance service | Suppliers or vendors | 969.86 | Vendor | Newfront Insurance Adam Gabler 55 2nd Street, Floor 18, San Francisco, CA 94105 |
| 12/22/2020 | 4526 - Pascuzzo Golf Design Inc | Suppliers or vendors | 2,450.00 | Vendor | Pascuzzo Golf Design Inc 5170 Golden Foothill Pkwy El Dorado, CA 95762 |
| 12/22/2020 | 4134 - Stantec Consulting Services | Suppliers or vendors | 917.50 | Vendor | Stantec Consulting Services 111 East Victoria Street Santa Barbara, CA 93101 |
| 12/22/2020 | 4804 - David F. Stone | Suppliers or vendors | 6,218.00 | Vendor | Stone Archaeological Consulting David F Stone 104 W. Anapamu Street, Suite 204A Santa Barbara, CA 93101 |
| 12/14/2020 | 4858 - TW Land Planning & Development, LLi | Suppliers or vendors | 16,683.87 | Vendor | TW Land Planning & Development, LLC 1068 E Main St. Suite 225 Ventura, CA 93001 |
| 12/14/2020 | 4383 - Kent Bourland | Suppliers or vendors | 450.00 | Vendor | Kent Bourland 4572 Nantucket Dr Redding, CA 96001 |
| 12/11/2020 | 4246 - Federal Express 7221 | Suppliers or vendors | 38.91 | Vendor | Federal Express 7221 P.O. Box 7221 Pasadena, CA 91109-7321 |
| 12/10/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 25,906.47 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 10/30/2020 | 4402 - Amelerin Inc | Suppliers or vendors | 976.25 | Vendor | Amelerin Inc 3203 Lightning St., Suite 201 Santa Maria, CA 93455-1805 |
| 10/30/2020 | 4141 - Bethel Engineering, Inc. | Suppliers or vendors | 2,893.75 | Vendor | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 |
| 10/30/2020 | 4332 - CRS West Inc | Suppliers or vendors | 58.06 | Vendor | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 |
| 10/30/2020 | 4246 - Federal Express 7221 | Suppliers or vendors | 78.77 | Vendor | Federal Express 7221 P.O. Box 7221 Pasadena, CA 91109-7321 |
| 10/30/2020 | 4757 - Frances Romero | Suppliers or vendors | 7,191.67 | Vendor | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 |
| 10/30/2020 | 4380 - Hollister & Brace | Suppliers or vendors | 3,741.95 | Vendor | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 |
| 10/30/2020 | 4680 - Wood | Suppliers or vendors | 1,785.00 | Vendor | Wood Environmental Services 3905 State St, Santa Barbara, CA 93105 |
| 10/16/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 6,698.10 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 10/16/2020 | 4667 - Romspen Investment Corp. | Secured debt | 50,000.000.00 | Secured Lender | Romspen Investment Corp. 162 Cumberland St #300, Toronto, ON M5R 3N5, Canada |
| 10/13/2020 | 4447 - XR3D Studios, Inc | Suppliers or vendors | 7,300.00 | Vendor | XR3D Studio, Inc 2265 S. 1300 W., STE A Salt Lake City, CA 84119 |
| 09/29/2020 | 4757 - Frances Romero | Suppliers or vendors | 3,436.70 | Vendor | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 |
| 09/25/2020 | Zafergo & Kimmell (legal) | Suppliers or vendors | 2,992.50 | Vendor | Zafergo & Kimmell PC 700 N Colorado Blvd, #598 Denver, CO 80206 |
| 09/15/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 8,962.53 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 09/15/2020 | 4332 - CRS West Inc | Suppliers or vendors | 43.13 | Vendor | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 |
| 09/15/2020 | 4422 - Dale J Martin | Suppliers or vendors | 175.00 | Vendor | Dale J Martin 181 Seminole Lane Lake Havasu City, AZ 86404 |
| 09/15/2020 | 4246 - Federal Express 7221 | Suppliers or vendors | 65.15 | Vendor | Federal Express 7221 P.O. Box 7221 Pasadena, CA 91109-7321 |
| 09/15/2020 | 4610 - Kear Groundwater | Suppliers or vendors | 6,000.00 | Vendor | Kear Groundwater 928 Carpinteria St STE 5, Santa Barbara, CA 93103 |
| 09/15/2020 | 4761 - Keys 2 the Coast | Suppliers or vendors | 2,500.00 | Vendor | Keys 2 the Coast 744 Manda Dr. Orcutt, CA 93455 |
| 09/15/2020 | 4667 - Romspen Investment Corp. | Secured debt | 50,000.000.00 | Secured Lender | Romspen Investment Corp. 162 Cumberland St #300, Toronto, ON M5R 3N5, Canada |
| 09/10/2020 | 4380 - Hollister & Brace | Suppliers or vendors | 40,000.000 | Vendor | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 |
| 09/04/2020 | 4789 - Tim Romero | Suppliers or vendors | 1,000.00 | Vendor | Solutions Plus Tim Romero 237 Town Center W #156 Santa Maria, CA 93458 |
| 09/03/2020 | 4787 - Paquet Photography | Suppliers or vendors | 500.00 | Vendor | Paquet Photography 3816 Angeles Rd Santa Maria, CA 93455 |
| 08/27/2020 | 4422 - Dale J Martin | Suppliers or vendors | 750.00 | Vendor | Dale J Martin 181 Seminole Lane Lake Havasu City, AZ 86404 |
| 08/27/2020 | 4706 - DK Design | Suppliers or vendors | 100.00 | Vendor | DK Design 4776 El Cajon Blvd Suite #205, San Diego, CA 92115 |
| 08/27/2020 | 4396 - Dudek | Suppliers or vendors | 4,802.50 | Vendor | Dudek 605 Third Street Encinitas, CA 92024 |
| 08/27/2020 | 4183 - Fargen Surveys | Suppliers or vendors | 4,180.00 | Vendor | Fargen Surveys 2624 Airpark Drive, Suite 210 Santa Maria, CA 93455 |
| 08/27/2020 | 4380 - Hollister & Brace | Suppliers or vendors | 2,972.50 | Vendor | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 |
| 08/27/2020 | 4380 - Hollister & Brace | Suppliers or vendors | 7,027.50 | Vendor | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 |
| 08/27/2020 | 4610 - Kear Groundwater | Suppliers or vendors | 2,340.00 | Vendor | Kear Groundwater 928 Carpinteria St STE 5, Santa Barbara, CA 93103 |
| 08/27/2020 | 4628 - Robert M. Riggs | Suppliers or vendors | 675.00 | Vendor | Robert M. Riggs 800 Garden St . , Suite E Santa Barbara, CA 93101 |
| 08/26/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 4,252.69 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 08/26/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 6,016.58 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 08/21/2020 | 4141 - Bethel Engineering, Inc. | Suppliers or vendors | 5,000.00 | Vendor | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 |
| 08/21/2020 | 4680 - Wood | Suppliers or vendors | 3,675.00 | Vendor | Wood Environmental Services 3905 State St, Santa Barbara, CA 93105 |
| 08/17/2020 | 4667 - Romspen Investment Corp. | Secured debt | 35,060.00 | Secured Lender | Romspen Investment Corp. 162 Cumberland St #300, Toronto, ON M5R 3N5, Canada |
| 08/17/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 36,060.00 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 07/07/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 9,375.23 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 05/04/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 4,905.10 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 03/31/2020 | 4134 - Stantec Consulting Services | Consulting Services | 1,500.00 | Vendor | Stantec Consulting Services 111 East Victoria Street Santa Barbara, CA 93101 |
| 03/26/2020 | 4141 - Bethel Engineering, Inc. | Suppliers or vendors | 516.25 | Vendor | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 |
| 03/26/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 548.00 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |
| 03/26/2020 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 966.52 | Vendor | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 |

*SOFA Part 6 #13 (Transfers not already listed on this statement)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Address | Relation |
|---|---|---|---|---|---|
| 03/26/2020 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 2,053.76 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 3,068.70 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 3,189.50 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4332 – CRS West Inc | Suppliers or vendors | 163.33 | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 | Vendor |
| 03/26/2020 | 4396 – Dudek | Suppliers or vendors | 6,601.46 | Dudek 605 Third Street Encinitas, CA 92024 | Vendor |
| 03/26/2020 | 4183 – Fargen Surveys | Suppliers or vendors | 687.50 | Fargen Surveys 2624 Airpark Drive, Suite 210 Santa Maria, CA 93455 | Vendor |
| 03/26/2020 | 4000 – Anthony Gavin Moores | Suppliers or vendors | 146.82 | Gavin Anthony Moores 1246 Ferrelo Road Santa Barbara, CA 93101 | Insider |
| 03/26/2020 | 4702 – Hamner Jewell & Associates | Suppliers or vendors | 768.75 | Hamner Jewell & Associates 1246 Ferrelo Road Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4380 – Hollister & Brace | Suppliers or vendors | 10,197.34 | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4610 – Kear Groundwater | Suppliers or vendors | 1,400.00 | Kear Groundwater 928 Carpinteria St STE 5, Santa Barbara, CA 93103 | Vendor |
| 03/26/2020 | 4134 – Stantec Consulting Services | Suppliers or vendors | 778.50 | Stantec Consulting Services 111 East Victoria Street Santa Barbara, CA 93101 | Vendor |
| 03/26/2020 | 4384 – The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 03/26/2020 | BC032620 | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 03/26/2020 | 4680 – Wood | Suppliers or vendors | 2,835.00 | Wood Environmental Services 3905 State St, Santa Barbara, CA 93105 | Vendor |
| 03/25/2020 | 4500 – Apollo Development | Other | 10,000.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 02/07/2020 | 4288 – Capital Pacific Development Group, Inc | Other | 64.85 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 02/04/2020 | 4757 – Frances Romero | Suppliers or vendors | 150.22 | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 | Vendor |
| 01/14/2020 | Legitimacy of debt play | Other | 30.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 01/14/2020 | BC101519 PCG | Other | 30.00 | PCG 160 W Canyon Crest Rd, Alpine, UT 84004 | Vendor |
| 12/09/2019 | 4392 – CDS Corp. | Suppliers or vendors | 1,292.99 | CDS Corp. 2001 E. Financial Way, Suite 200 Glendora, CA 91741 | Vendor |
| 12/05/2019 | 4446 – Anthony Wells | Other | 500.00 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 12/05/2019 | 4708 – Dixie Wells | Other | 77.71 | 4708 - Dixie Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 12/05/2019 | 4288 – Capital Pacific Development Group, Inc | Other | 1,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 12/05/2019 | 4761 – Keys 2 the Coast | Suppliers or vendors | 550.00 | Keys 2 the Coast 744 Manda Dr. Orcutt, CA 93455 | Vendor |
| 11/15/2019 | 4141 – Bethel Engineering, Inc. | Suppliers or vendors | 230.00 | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 | Vendor |
| 11/15/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 2,391.87 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 11/15/2019 | 4702 – Hamner Jewell & Associates | Suppliers or vendors | 138.00 | Hamner Jewell & Associates 530 Paulding Circle, Suite A Arroyo Grande, CA 93420 | Vendor |
| 11/15/2019 | 4380 – Hollister & Brace | Suppliers or vendors | 752.16 | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 | Vendor |
| 11/15/2019 | 4761 – Keys 2 the Coast | Suppliers or vendors | 2,200.00 | Keys 2 the Coast 744 Manda Dr. Orcutt, CA 93455 | Vendor |
| 11/08/2019 | 4757 – Frances Romero | Suppliers or vendors | 650.16 | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 | Vendor |
| 10/31/2019 | 4446 – Anthony Wells | Other | 1,000.00 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 10/31/2019 | 4141 – Bethel Engineering, Inc. | Suppliers or vendors | 688.75 | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 | Vendor |
| 10/31/2019 | 4288 – Capital Pacific Development Group, Inc | Other | 1,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 10/31/2019 | 4332 – CRS West Inc | Suppliers or vendors | 148.68 | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 | Vendor |
| 10/31/2019 | 4185 – Forma Company | Suppliers or vendors | 4,690.00 | Forma Company 3050 Pullman Street Costa Mesa, CA 92626 | Vendor |
| 10/31/2019 | 4757 – Frances Romero | Suppliers or vendors | 329.33 | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 | Vendor |
| 10/31/2019 | 4702 – Hamner Jewell & Associates | Suppliers or vendors | 5,790.25 | Hamner Jewell & Associates 530 Paulding Circle, Suite A Arroyo Grande, CA 93420 | Vendor |
| 10/31/2019 | 4380 – Hollister & Brace | Suppliers or vendors | 5,393.96 | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 | Vendor |
| 10/31/2019 | 4680 – Wood | Suppliers or vendors | 1,865.00 | Wood Environmental Services 3905 State St, Santa Barbara, CA 93105 | Vendor |
| 10/29/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 0.26 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 10/29/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 2,583.12 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 10/29/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 4,687.62 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 10/29/2019 | Cost of loan closing | Other | 2,500.00 | Grace Capital Group Rep, Inc 301 Forest Ave, Laguna Beach, CA 92651 | Vendor |
| 10/25/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 6,820.00 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 10/25/2019 | 4757 – Frances Romero | Suppliers or vendors | 329.32 | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 | Vendor |
| 10/15/2019 | PCG loan appraisal fee 2 | Other | 7,000.00 | Reef PCG 160 W Canyon Crest Rd, Alpine, UT 84004 | Vendor |
| 10/15/2019 | BC101519 PCG | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 10/08/2019 | 4332 – CRS West Inc | Suppliers or vendors | 51.59 | CRS West Inc 880 Via Esteban, Suite B San Luis Obispo, CA 93401 | Vendor |
| 10/04/2019 | 4757 – Frances Romero | Suppliers or vendors | 299.86 | Frances Romero 237 Town Center W #156 Santa Maria, CA 93458 | Vendor |
| 09/19/2019 | 4212 – County of Santa Barbara P&D | Suppliers or vendors | 8,000.00 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 09/19/2019 | 4380 – Hollister & Brace | Suppliers or vendors | 2,776.12 | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 | Vendor |
| 09/19/2019 | 4610 – Kear Groundwater | Suppliers or vendors | 2,860.00 | Kear Groundwater 928 Carpinteria St STE 5, Santa Barbara, CA 93103 | Vendor |
| 09/19/2019 | 4680 – Wood | Suppliers or vendors | 1,050.00 | Wood Environmental Services 3905 State St, Santa Barbara, CA 93105 | Vendor |
| 08/23/2019 | PCG loan appraisal fee | Other | 2,000.00 | Reef PCG 160 W Canyon Crest Rd, Alpine, UT 84004 | Vendor |
| 08/16/2019 | Bank charge | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 07/24/2019 | Loan application fee | Other | 6,000.00 | Reef PCG 160 W Canyon Crest Rd, Alpine, UT 84004 | Vendor |
| 07/16/2019 | Bank charge | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 07/03/2019 | 4212 – County of Santa Barbara P&D | Other | 14,352.79 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 07/03/2019 | 4384 – The HMW Group, LTD, LLC | Other | 4,400.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 06/26/2019 | Grace Capital Group Rep, Inc | Other | 10,000.00 | Grace Capital Group Rep, Inc 301 Forest Ave, Laguna Beach, CA 92651 | Vendor |
| 06/26/2019 | BC062619 | Suppliers or vendors | 30.00 | Wells Fargo N.A. 420 Montgomery St, 7th Floor, San Francisco, CA 94104 | Vendor |
| 06/20/2019 | 4141 – Bethel Engineering, Inc. | Suppliers or vendors | 862.50 | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 | Vendor |

*SOFA Part 6 #13 (Transfers not already listed on this statement)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Address | Relation |
|---|---|---|---|---|---|
| 06/20/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 3,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 06/20/2019 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 12,807.47 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 06/20/2019 | 4332 - CRS West Inc | Suppliers or vendors | 117.45 | CRS West Inc 860 Via Esteban, Suite B San Luis Obispo, CA 93401 | Vendor |
| 06/20/2019 | 4422 - Dale J Martin | Suppliers or vendors | 200.00 | Dale J Martin 181 Seminole Lane Lake Havasu City, AZ 86404 | Vendor |
| 06/20/2019 | 4185 - Forma Company | Suppliers or vendors | 4,935.00 | Forma Company 3050 Pullman Street Costa Mesa, CA 92626 | Vendor |
| 06/20/2019 | 4702 - Hammer Jewell & Associates | Suppliers or vendors | 3,438.65 | Hammer Jewell & Associates 530 Paulding Circle, Suite A Arroyo Grande, CA 93420 | Vendor |
| 05/17/2019 | 4185 - Forma Company | Suppliers or vendors | 2,555.00 | Forma Company 3050 Pullman Street Costa Mesa, CA 92626 | Vendor |
| 05/09/2019 | 4141 - Bethel Engineering, Inc. | Suppliers or vendors | 2,000.00 | Bethel Engineering, Inc. 2624 Airpark Drive Santa Maria, CA 93455 | Vendor |
| 05/09/2019 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 5,151.08 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 05/09/2019 | 4396 - Dudek | Suppliers or vendors | 3,225.00 | Dudek 605 Third Street Encinitas, CA 92024 | Vendor |
| 05/09/2019 | 4185 - Forma Company | Suppliers or vendors | 5,495.00 | Forma Company 3050 Pullman Street Costa Mesa, CA 92626 | Vendor |
| 05/09/2019 | 4702 - Hammer Jewell & Associates | Suppliers or vendors | 1,568.50 | Hammer Jewell & Associates 530 Paulding Circle, Suite A Arroyo Grande, CA 93420 | Vendor |
| 05/09/2019 | 4380 - Hollister & Brace | Suppliers or vendors | 15,627.73 | Hollister & Brace 1126 Santa Barbara St. Santa Barbara, CA 93101 | Vendor |
| 05/09/2019 | 4286 - OnTrac | Suppliers or vendors | 18.43 | OnTrac PO Box 841664 Los Angeles, CA 90084-1664 | Vendor |
| 05/07/2019 | 4732 - Melissa McGibbon | Suppliers or vendors | 150.00 | N/A | N/A |
| 04/29/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 6,060.23 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 04/29/2019 | 4212 - County of Santa Barbara P&D | Suppliers or vendors | 6,087.65 | County of Santa Barbara P&D 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 04/29/2019 | Romspen 2 funding DR #3 | Secured debt | 16.00 | Romspen Investment Corp. 162 Cumberland St #300, Toronto, ON M5R 3N5, Canada | Secured Lender |
| 04/29/2019 | 4384 - The HMW Group, LTD, LLC | Suppliers or vendors | 10,381.78 | The HMW Group, LTD, LLC 724 W. Main Street, Suite G Santa Maria, CA 93458 | Vendor |
| 04/25/2019 | Reimburse Share of taxes | Other | 12,663.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 04/25/2019 | 4232 - County of Santa Barbara | Suppliers or vendors | 12,663.00 | County of Santa Barbara 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 04/25/2019 | 4232 - County of Santa Barbara | Suppliers or vendors | 3,060.23 | County of Santa Barbara 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 04/25/2019 | 4232 - County of Santa Barbara | Suppliers or vendors | 5,381.78 | County of Santa Barbara 123 East Anapamu Street Santa Barbara, CA 93101 | Vendor |
| 04/15/2019 | 4250 - Franchise Tax Board | Suppliers or vendors | 800.00 | Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0531 | Vendor |
| 04/01/2019 | 4500 - Apollo Development | Other | 8,250.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |

721,739.09

*SOFA Part 13 #30 (Payments, distributions, or withdrawals credited or given to insiders)*

| Date | Payee/Vendor/Job/Client | Reason | Credit | Address | Relation |
|---|---|---|---|---|---|
| 12/14/2020 | 4708 - Dixie Wells | Other | 194.40 | 4708 - Dixie Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 12/14/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 11/25/2020 | Note 629k fund #5 adj | Other | 5,000.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 11/17/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 10/16/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 09/15/2020 | 4446 - Anthony Wells | Other | 116.93 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 09/15/2020 | 4288 - Capital Pacific Development Group, Inc | Other | 8,500.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 09/11/2020 | Loan consultant #2 | Other | 3,750.00 | Lotus Investments 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 09/10/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 08/21/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 08/20/2020 | Consultant Loan | Other | 11,750.00 | Lotus Investments 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 05/20/2020 | 4384 - The HMW Group, LTD, LLC | Other | 2,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 03/26/2020 | 4000 - Anthony Gavin Moores | Suppliers or vendors | 146.82 | Gavin Anthony Moores 1246 Ferrelo Road Santa Barbara, CA 93101 | Insider |
| 03/26/2020 | 4384 - The HMW Group, LTD, LLC | Other | 5,000.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 03/25/2020 | 4500 - Apollo Development | Other | 10,000.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 02/07/2020 | 4288 - Capital Pacific Development Group, Inc | Other | 64.85 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 01/14/2020 | Legitimacy of debt play | Other | 10,000.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 12/05/2019 | 4446 - Anthony Wells | Other | 500.00 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 12/05/2019 | 4708 - Dixie Wells | Other | 77.71 | 4708 - Dixie Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 12/05/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 1,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 10/31/2019 | 4446 - Anthony Wells | Other | 1,000.00 | 4446 - Anthony Wells 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 10/31/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 1,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 07/03/2019 | 4384 - The HMW Group, LTD, LLC | Other | 4,400.00 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 06/20/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 3,000.00 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 04/29/2019 | 4288 - Capital Pacific Development Group, Inc | Other | 6,060.23 | Capital Pacific Development Group 209 W Alamar Ave suite a, Santa Barbara, CA 93105 | Insider |
| 04/29/2019 | 4384 - The HMW Group, LTD, LLC | Other | 10,381.78 | The HMW Group, LTD, LLC 124 W. Main Street, Suite G Santa Maria, CA 93458 | Insider |
| 04/25/2019 | Reimburse Share of taxes | Other | 12,663.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |
| 04/01/2019 | 4500 - Apollo Development | Other | 8,250.00 | Apollo Development 1420 S FILBERT WAY, Denver, CO, 80222, US | Insider |

129,855.72