BRETT A. AXELROD, ESQ. (Bar No. 168657)
KEITH C. OWENS, ESQ. (Bar No. 184841)
NICHOLAS A. KOFFROTH, ESQ. (Bar No. 287854)
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
Email: baxelrod@foxrothschild.com
       kowens@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

**FILED & ENTERED**

**JUN 14 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Spann    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ORCUTT RANCHO, LLC,<br><br>Debtor. | Case No. 9:21-bk-10412-MB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**<br><br>**Hearing Information**<br>Hearing Date:   May 25, 2023<br>Hearing Time:   1:30 p.m. (Pacific Time)<br>Location:       ZoomGov |

Upon the motion [Docket No. 348] (the "Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order dismissing the Bankruptcy Case; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core

---

[1] Capitalized terms not defined herein shall have the meanings used in the Motion.

1

146194048.1

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest; and the Debtor having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing on the Motion (the "Hearing"); and no opposition or objection to the Motion being filed or presented to the Court; for the reasons set forth on the record of the Hearing and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED.

2. The Bankruptcy Case is hereby dismissed.

###

Date: June 14, 2023

_Martin R. Barash_
Martin R Barash
United States Bankruptcy Judge

2

146194048.1